## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KULWANT SINGH,        ) | |
|        ) | |
|    Petitioner,    ) | |
|        ) | |
| v.        ) | |
|        ) | Case No. CIV-26-55-J |
| SCARLET GRANT, Facility    ) | |
| Administrator of Cimarron    ) | |
| Correctional Facility, et al.,    ) | |
|        ) | |
|    Respondents.    ) | |

**ENTER ORDER:**

It appears from the Court's records that the filing fee for Petitioner's Motion for Admission Pro Hac Vice, Doc. 2, has not been paid. Additionally, Petitioner also did not attach a completed Request for Admission Pro Hac Vice form as required by LCvR83.2(g). Petitioner's motion has been pending since January 13, 2026. Petitioner shall pay the required filing fee and submit an amended motion with the required Pro Hac Vice form on or before February 3, 2026, or the Court will strike the motion without prejudice to resubmission.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

JOAN KANE, CLERK

By:   s/Marlene Whelan
       Deputy Clerk