# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KULWANT SINGH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Case No. CIV-26-55-J |
| SCARLET GRANT, Facility | ) |
| Administrator of Cimarron | ) |
| Correctional Facility, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

The Report and Recommendation filed on March 13, 2026, Doc. 15, is amended to correct typographical errors on pages 3, 15, 16, & 17. All other aspects of the original Report and Recommendation remain the same. The Clerk of Court is directed to file the corrected Report and Recommendation effective nunc pro tunc to the date the original Report and Recommendation was filed.

**SO ORDERED** this 27th day of March, 2026.

_____

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE