**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

KULWANT SINGH, )
)
       Petitioner, )
)
v. )     Case No. CIV-26-55-J
)
SCARLET GRANT, et al., )
)
       Respondents. )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS IN PART Petitioner's Petition for Writ of Habeas Corpus. Respondents shall provide Petitioner with a bond/conditional parole hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this judgment, or otherwise release Petitioner if he has not received the hearing within that period, and shall certify compliance by filing a status report within ten days of the date of the Order filed this same day.

IT IS SO ORDERED this 3rd day of April, 2026.

                                                BERNARD M. JONES, II
                                                UNITED STATES DISTRICT JUDGE